UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SHERRY SUTTON-PRICE and | ) | |
| JEANNA STAHL, on behalf of themselves | ) | |
| and all others similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:11-CV-1943 (CEJ) |
| | ) | |
| DAUGHERTY SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**CLASS DISCOVERY AND CERTIFICATION CASE MANAGEMENT ORDER**

**IT IS HEREBY ORDERED** that the following schedule shall apply to the class-action discovery and certification phases of this case, and will be modified only upon a showing of exceptional circumstances:

1. Any joinder of additional parties or amendment of pleadings shall be made no later than <u>October 31, 2012</u>. Thereafter, the parties must file a motion for leave to join additional parties or to amend pleadings.

2. The parties shall make all disclosures required by Rule 26(a)(1), Fed.R.Civ.P., no later than <u>August 1, 2012</u>.

3. The parties may take five depositions per side and issue twenty-five interrogatories per party.

4. The parties shall complete all class-action discovery no later than <u>October 10, 2012</u>.

5. **Motions to compel and other motions relating to discovery shall be pursued in a diligent and timely manner, but in no event filed more than fifteen (15) days following the event (e.g., failure to answer interrogatories, objections to request for production, etc.) that is the subject of the motion. Except for good cause shown, any discovery motion that is not timely filed and any discovery motion that is filed after the discovery deadline will not be considered by the Court.**

6. Plaintiff shall file any motion class certification no later than <u>October 31, 2012</u>. The response to such a motion shall be due no later than

**November 26, 2012**; the reply in support of the motion shall be due no later than **December 10, 2012**.

7.      In the event that plaintiff does not file a motion for conditional and/or class certification, the parties shall file a new joint proposed scheduling plan no later than **November 26, 2012**.


_____

CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE


Dated this 16th day of July, 2012.