IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHERRY SUTTON-PRICE, ) | |
| JEANNA STAHL, ) | |
| ) | |
|    On behalf of themselves and all ) | |
|    others similarly-situated ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | |
| vs. ) | Cause No. 4:11-CV-01943-CEJ |
| ) | |
| DAUGHERTY SYSTEMS, INC. ) | |
| ) | |
|    Defendant. ) | |

## ENTRY OF APPEARANCE

COMES NOW Mark J. Obermeyer of THE LAW OFFICES OF KEVIN J. DOLLEY, LLC and enters his appearance as co-counsel on behalf of Plaintiffs Sherry Sutton-Price and Jeanna Stahl, and those similarly situated.

Respectfully Submitted,

By:    */s/Mark J. Obermeyer*
       Mark J. Obermeyer # 63140MO
       THE LAW OFFICES OF Kevin J. Dolley, LLC
       34 N. Brentwood, Suite 207
       St. Louis MO 63105
       (314)645-4100 (office)
       (314)647-4300 (fax)
       mark.obermeyer@dolleylaw.com

       *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing was served upon the attorneys of record for Defendants by electronic filing on July 18, 2013 through the Court's electronic case filing system.

                                            */s/Mark J. Obermeyer*